IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS G. SMALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv522-MHT |
| | ) | (WO) |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, as Receiver | ) | |
| for Colonial Bank, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

In this lawsuit, plaintiff Douglas G. Small asserts that defendant Federal Deposit Insurance Corporation's " disposition of all of Plaintiff's claims ... was in error."  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Small's case should be dismissed because he failed to serve defendant Federal Deposit Insurance Corporation in a timely manner and because he failed to comply with the orders of the court.  There are no objections to the recommendation.  After an independent and de novo review

of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of January, 2011.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE