IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DOUGLAS G. SMALL,              )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:10cv522-MHT
                               )            (WO)
FEDERAL DEPOSIT INSURANCE      )
CORPORATION, as Receiver       )
for Colonial Bank,             )
                               )
    Defendant.                 )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 9) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff Douglas G. Small, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of January, 2011.


                                                /s/ Myron H. Thompson  
                                              UNITED STATES DISTRICT JUDGE